Christopher M. Pastore
Nevada Bar No.: 011436
Jill Garcia
Nevada Bar No. 007805
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
christopher.pastore@ogletreedeakins.com
jill.garcia@ogletreedeakins.com

*Attorneys for Defendant Southwestern Furniture of Wisconsin, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JALLOH SULIAMAN, an individual; BARBARA TOVAR, an individual; and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN FURNITURE STORES OF WISCONSIN, LLC, d/b/a, "ASHLEY FURNITURE," a foreign corporation; ASHLEY FURNITURE INDUSTRIES, INC.; DOES I through V, inclusive; and ROE CORPORATIOSN I through V, inclusive,<br><br>Defendant. | CASE NO.:   2:14-cv-01854-APG-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR SOUTHWESTERN FURNITURE OF WISCONSIN, LLC TO RESPOND TO PLAINTIFFS' MOTION FOR COLLECTIVE ACTION**<br><br>(First Request)<br><br>**ORDER** |

Pursuant to Rules 6-1, 6-2 and 7-1 of the Local Rules of Civil Procedure for the United States District Court for the District of Nevada, Plaintiffs Sulaiman Jalloh (incorrectly referred to in the caption as Jalloh Sulaiman) and Barbara Tovar (collectively, "Plaintiffs"), and Defendant Southwestern Furniture of Wisconsin, LLC ("SFW" or "Defendant") by and through their respective undersigned counsel, hereby stipulate and jointly move the Court to extend the deadline for SFW to file its Response to Plaintiffs' Motion for Collective Action ("Motion"). Defendant SFW's response is currently due May 14, 2015.

There is good cause for the extension, including previously scheduled travel and absences of SFW's counsel throughout the month of May.  The parties have agreed, and respectfully request the Court approve, to extend the deadline for Defendant SFW to file its response to Plaintiffs' Motion, up to and including Thursday, June 4, 2015.

This the first request for extension of time in this matter.

IT IS SO STIPULATED.

Dated this <u>8th</u> day of <u>MAY, 2015.</u>

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /S/ ANDREW L. REMPFER<br>Andrew L. Rempfer<br>7201 W. Leak Mead Blvd., #108<br>Las Vegas, NV 89128<br>Telephone: 702.384-9900<br>*Attorneys for Plaintiffs* | /S/ CHRISTOPHER M. PASTORE<br>Christopher M. Pastore<br>Wells Fargo Tower<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV  89169<br>Telephone:  702.369.6800<br>Fax:  702.369.6888<br>*Attorneys for Defendant Southwestern Furniture of Wisconsin, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 11, 2015.

2