Andrew L. Rempfer
Nevada Bar No. 8628
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
(702) 384-9900
(702) 384-5900 (fax)
Andrew@SJPlawyer.com

Attorney for Plaintiffs
JALLOH SULIAMAN and BARBARA TOVAR
as individuals on their own behalf
and on behalf of others similarly situated

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JALLOH SULIAMAN, an individual; BARBARA TOVAR, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWESTERN FURNITURE STORES OF WISCONSIN, LLC, d/b/a "ASHLEY FURNITURE", a foreign corporation; ASHLEY FURNITURE INDUSTRIES, INC., DOES I through V, inclusive; and ROE corporations I through V, inclusive,<br><br>Defendants. | Case No.  2:14-cv-01854-(APG)-PAL<br><br>THE PARTIES' JOINT STIPULATION AND EXTENSION OF TIME<br>(Fourth Request) |

Plaintiffs JALLOH SULIAMAN and BARBARA TOVAR, as individuals on their own behalf and on behalf of others similarly situated, and Defendant SOUTHWESTERN FURNITURE STORES OF WISCONSIN, LLC, by their counsel of record, respectfully submit this Joint Stipulation for Extension of Time, seeking to expand the deadline for the submission of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiffs' Claims With Prejudice and Plaintiff's Reply to Motion for Class Certification. The parties stipulate as follows:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Claims With Prejudice is currently due October 30, 2015.

2. The parties hereby stipulate that Plaintiffs' shall file their Opposition to

*Law Offices of Steven J Parsons*
*7201 W. Lake Mead Blvd., Ste. 108*
*Las Vegas, Nevada 89128-8354*
*(702)384-9900; fax (702)384-5900*
*Andrew@SJPlawyer.com*

Page 1 of  2

1 Defendant's Motion to Dismiss Plaintiffs' Claims With Prejudice no later than November 4, 2015.

3. Plaintiffs' Reply to Motion for Class Certification is currently due October 30, 2015. Plaintiffs and Defendants were negotiating the filing of a separate lawsuit involving the same parties, during which time they were attempting, in good faith, to resolve that dispute. As such, Plaintiffs halted preparing their Reply. Nonetheless, this request is made in good faith, with no intent to delay these proceedings. The parties have been engaged in substantive settlement discussions and agree to push back the deadlines until after the state holiday.

4. The parties hereby stipulate that Plaintiffs shall file their Reply to Motion for Class Certification no later than November 4, 2015.

This stipulation is made in good faith, to allow the parties the opportunity to resolve this matter, and is not for purposes of delay.

Dated: Monday, November 2, 2015.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART |
|---|---|
| /s/ Andrew L. Rempfer<br>ANDREW L. REMPFER<br>Nevada Bar No. 8628 | /s/ Christopher M. Pastore<br>CHRISTOPHER M. PASTORE<br>Nevada Bar No. 11436 |
| Attorney for Plaintiffs<br>JALLOH SULIAMAN and BARBARA TOVAR, as individuals on their own behalf and on behalf of others similarly situated | Attorney for Defendants<br>SOUTHWESTERN FURNITURE STORES OF WISCONSIN, LLC d/b/a ASHLEY FURNITURE and ASHLEY FURNITURE INDUSTRIES, INC. |

ORDER

IT IS SO ORDERED.

Dated: this 3rd day of November, 2015.

_____
U.S. DISTRICT JUDGE

Law Offices of Steven J Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Andrew@SJPlawyer.com

Page 2 of 2