**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JALLOH SULIAMAN, an individual; BARBARA TOVAR, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWESTEN FURNITURE STORES OF WISCONSIN, LLC, d/b/a "ASHLEY FURNITURE", *et al.*,<br><br>Defendants. | Case No. 2:14-cv-01854-APG-PAL<br><br>**ORDER SEALING DKT. #35 AND ACCOMPANYING EXHIBITS AND DIRECTING CORRECTED VERSION TO BE FILED**<br><br>(Dkt. #35) |

The plaintiffs' publicly-filed Motion for a Collective Action (Dkt. #35) and its accompanying exhibits contain numerous references to personal information, including dates of birth, social security numbers, and home addresses. For example:

Dkt. #35 at page 5, a social security number is mentioned.

Dkt. #35-1 at pages 3, 10, 13, and 16, social security numbers, dates of birth, and home addresses are mentioned.

Dkt. #35-8 at pages 1, 4, and 8, a social security number and home addresses are mentioned.

IT IS THEREFORE ORDERED that **the Clerk of Court shall seal Dkt. #35 and accompanying exhibits.**

IT IS FURTHER ORDERED that the plaintiffs shall file redacted versions of their motion (Dkt. #35) and its accompanying exhibits that is compliant with Special Order No. 108 within 14 days of entry of this Order.

DATED this 30th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE