**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JALLOH SULIAMAN, an individual; BARBARA TOVAR, an individual; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWESTEN FURNITURE STORES OF WISCONSIN, LLC, d/b/a "ASHLEY FURNITURE", *et al.*,<br><br>Defendants. | Case No. 2:14-cv-01854-APG-PAL<br><br>**ORDER SEALING DKT. #55-1 AND DIRECTING CORRECTED VERSION TO BE FILED**<br><br>(Dkt. #55-1) |

The defendants' publicly-filed Opposition (Dkt. #55) to the plaintiffs' Motion for a Collective Action (Dkt. #35), attaches exhibits to an employee declaration which contain references to personal information, including bank account information and home addresses. Specifically, Dkt. #55-1 at pages 23 and 31, contains references to home addresses and bank account information.

IT IS THEREFORE ORDERED that **the Clerk of Court shall seal Dkt. #55-1.**

IT IS FURTHER ORDERED that the defendants shall file a redacted version of this affidavit and its accompanying exhibits that is compliant with Special Order No. 108 within 14 days of entry of this Order.

DATED this 30th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE