Christopher M. Pastore
Nevada Bar No.: 011436
Jill Garcia
Nevada Bar No. 007805
Tibor Nagy, Jr.
Admitted Pro Hac Vice
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
christopher.pastore@ogletreedeakins.com
jill.garcia@ogletreedeakins.com
tibor.nagy@ogletreedeakins.com

*Attorneys for Defendant Southwestern Furniture of
Wisconsin, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JALLOH SULIAMAN, an individual; BARBARA TOVAR, an individual; and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN FURNITURE STORES OF WISCONSIN, LLC, d/b/a, "ASHLEY FURNITURE," a foreign corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>             Defendant. | CASE NO.: 2:14-cv-01854-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant Southwestern Furniture of Wisconsin, LLC and Plaintiffs Sulaiman Jalloh and Barbara Tovar, collectively "Plaintiffs", by and through their respective counsel, that the above-entitled action and all claims Plaintiffs had or may have had against SFW are dismissed with prejudice in their entirety.

/ / /

/ / /

Each party shall bear its own fees and costs.

Dated this 23rd day of May, 2017.

LAW OFFICES OF STEVEN J. PARSONS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ ANDREW L. REMPFER
Andrew L. Rempfer
10091 Park Run Drive, Suite 200
Las Vegas, NV 89145-8868
Telephone: 702.384-9900
*Attorneys for Plaintiffs*

/S/ CHRISTOPHER M. PASTORE
Christopher M. Pastore
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant Southwestern Furniture of Wisconsin, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated: May 24, 2017.

_____
United States District Court Judge

29896502.2